

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-15-00124-CR

Hector **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED December 9, 2015.

_____
Karen Angelini, Justice

'